**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Robert Lewis Bussey
Bussey & Lauve
P. O. Box 8778
Alexandria LA 71306

Lewis Olivier Lauve, Jr.
Bussey & Lauve, LLC
P. O. Drawer 8778
Alexandria LA 71306

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 24, 2024

**REHEARING ACTION: April 24, 2024**

**Docket Number: 23   00601-CA**

**CATHERINE WILLIAMS, INDV. AND RONNIE
WILLIAMS, INDV.
VERSUS
TRAVELERS INDEMNITY COMPANY
OF CT, ET AL**

**Appealed from Rapides Parish Case No. 265,897**

<u>**BEFORE JUDGES**</u>**:**

**Hon. Van H. Kyzar
Hon. Charles G. Fitzgerald
Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Travelers Indemnity Company of Connecticut, Acadian**

**Ambulance Service, Inc., and Steven D. Smith** has this day been

**DENIED.**

cc: Kevin Louis Camel, Counsel for the Appellee
    Jerry Lytel Lavespere, Jr., Counsel for the Appellee